# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| United States of America<br>v.<br>Martin B. Webber<br><br>*Defendant* | )<br>) Case No. 19-03129-01-CR-S-SRB<br>)<br>)<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 9/23/19

*Defendant's signature*

*Signature of defendant's attorney*

**Dee Wampler**
*Printed name of defendant's attorney*

*Judge's signature*

**David P. Rush, United States Magistrate Judge**
*Judge's printed name and title*