IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. 19-03129-01-CR-S-SRB |
|---|---|
| Plaintiff, | 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), and 846 |
| v. | NLT 5 Years Imprisonment |
| | NMT 40 Years Imprisonment |
| MARTIN B. WEBBER, | NMT $5,000,000 Fine |
| [DOB: 12-15-1980], | NLT 4 Years Supervised Release |
| | Class B Felony |
| Defendant. | |
| | $100 Special Assessment |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT**:

Beginning on an unknown date, but at least as early as June 30, 2017, and continuing to on or about October 17, 2018, said dates being approximate, in Greene County, in the Western District of Missouri, and elsewhere, the defendant, **MARTIN B. WEBBER**, knowingly and intentionally conspired with others, known and unknown, to manufacture 100 or more marihuana plants, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B), all in violation of Title 21, United States Code, Section 846.

Dated: 09/23/19

_____
**JESSICA R. KELLER**
Special Assistant United States Attorney